Entered on Docket
June 18, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed June 18, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

1  Alan Steven Wolf, Bar No. 94665
   Daniel Fujimoto, Bar No. 158575
   THE WOLF FIRM, A Law Corporation
2  2955 Main Street, Second Floor
   Irvine, CA  92614
3  (949) 720-9200 Telephone
   (949) 608-0128 Fax
   Alan.Wolf@wolffirm.com
4
   Attorneys for Movant
5  U.S. Bank National Association,
   astrustee, on behalf of the
6  holders of the Home Equity Asset
   Trust 2005-7 Home Equity
7  Pass-Through Certificates,
   Series 2005-7

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: ) | CASE: 10-54390RLE-7 |
| ) | |
| CARMEN ORDUNO aka CARMEN TAMAYO ) | CHAPTER 7 |
| ORDUNO aka CARMEN T ORDUNO ) | |
| ) | REF.: ASW-712 |
| Debtor. ) | |
| ) | ORDER GRANTING MOTION |
| ) | FOR RELIEF FROM THE |
| ) | AUTOMATIC STAY |
| ) | |
| ) | DATE: 06/09/10 |
| ) | TIME: 10:30am |
| ) | CTRM: 3099 |
| ) | U.S. Bankruptcy Court |
| ) | 280 S. First Street |
| _____ ) | San Jose, California |

A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2005-7 Home Equity Pass-Through Certificates, Series 2005-7, and having come to be heard before the HONORABLE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY JUDGE, on June 9, 2010, Movant appearing by its attorneys THE WOLF FIRM by

Matter I.D. 6401-5961

```
 1  MARVIN B. ADVIENTO, and there being no pleading in
 2  opposition nor appearance by the Trustee or the Debtor, and
 3  the Court, having read the various pleadings, documents and
 4  proceedings, and service having been made, and after due
 5  deliberation, does make its order as follows:
 6      IT IS ORDERED that with respect to the real property
 7  commonly known as 49 South Filice Street, Salinas, CA 93905,
 8  and more fully described as follows:
 9          SEE DOCUMENT NO. 2005054587 RECORDED IN
10          THE OFFICIAL RECORDS OF MONTEREY COUNTY
11          ON 5/31/2005
12  Movant and its agents and successors are relieved of the
13  automatic stay, and said stay is immediately terminated, so
14  that Movant and its agents and successors may exercise or
15  cause to be exercised any and all rights under its Note
16  and/or Deed of Trust and any and all rights after
17  foreclosure sale, including, but not limited to, the right
18  to commence and/or consummate foreclosure proceedings on the
19  property and the right to proceed in any action to obtain
20  possession of the property.
21      IT IS FURTHER ORDERED that the 14 day stay of
22  Bankruptcy Rule 4001(a)(3) is hereby waived.
23                      ** END OF ORDER **
24
25
26
27
```

```
                         COURT SERVICE LIST
 1
   Debtor:
 2 CARMEN ORDUNO
   49 S Filice St.
 3 Salinas, CA 93905

 4 Chapter 7 Trustee:
   AUDREY BARRIS
 5 P.O. Box 573
   Pebble Beach, CA 93953
 6
   Debtor's Counsel
 7 JASON VOGELPOHL
   Central Coast Bankruptcy
 8 154 Central Ave.
   Salinas, CA 93901
 9
   U.S. TRUSTEE
10 280 S. First, Room 268
   San Jose, CA  95113-3004
11
   The Wolf Firm
12 2955 Main Street, Second Floor
   Irvine, CA 92614
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

   Matter I.D. 6401-5961
```

Case: 10-54390   Doc# 14   Filed: 06/18/10   Entered: 06/18/10 14:11:37   Page 3 of 3